UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAIRESDEV, LLC,

Plaintiff,

v.

GEOSPAN CORPORATION,

Defendant.

Case No. 26-cv-06193-EKL

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 11

Plaintiff BairesDev LLC filed this action against Defendant Geospan Corporation on June 22, 2026. Plaintiff purportedly served Geospan through "Joe Brown – Agent for Service of Process." ECF No. 11. However, according to the California Secretary of State's website, "Joe Brown" is not Geospan's designated agent for service of process. *See* Cal. Civ. Proc. Code § 416.10(a) (permitting service on a corporation through "the person designated as agent for service of process"). Moreover, Plaintiff did not serve the agent directly but instead relies on substituted service on "Viviana Amador – Client Coordinator." *Id.* Plaintiff offers no basis to conclude that the substituted service complies with any service method authorized by California Code of Civil Procedure § 416.10. Geospan has not appeared in this case.

Accordingly, by August 24, 2026, Plaintiff shall either attempt to re-serve Geospan and file an updated proof of service or show cause why the initial service was proper.

**IT IS SO ORDERED.**

Dated: August 3, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California